UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA              *
                                      *
        v.                            *        Criminal Number 2026-MJ-159-JCN
                                      *
JOSEPH SANDES                         *


DEFENDANT'S UNOPPOSED MOTION TO CONTINUE


NOW COMES the Defendant, JOSEPH SANDES, by and through undersigned counsel, and respectfully moves this Honorable Court to continue this matter currently set for trial in July, 2026.

In support of this Motion the Defendant represents that since the Court ordered his release he has been taken into ICE custody and transferred out-of-state pending predicted removal proceedings.  The Government has indicated a likelihood of dismissal if the Defendant is, indeed, subject to removal proceedings but needs additional time to investigate.

The parties have conferred and agreed that a continuance off the July list, into August, is sensible for further investigation re: ICE removal proceedings. A.**U.S.A. Ross offers no objection to this continuance request.**

The Defendant understands that a continuance would be requested if he was taken into ICE custody and that a later case dismissal was possible.  The Defendant consents to the continuance and reschedule for an August trial date, and that the ends of justice served by continuing this matter outweigh the interest of the public and of the Defendant in proceeding forward at this time with a July trial.

WHEREFORE, the Defendant respectfully requests that this Honorable Court approve the Defendant's continuance request and continue the above captioned matter from the trial list scheduled in July, 2026, and .

DATED: June 18, 2026                    /s/ Jeffrey M. Silverstein

                                        Jeffrey Silverstein, Esq.
                                        Counsel for Joseph Sandes

CERTIFICATE OF SERVICE

I, Jeffrey M. Silverstein, Esq., hereby certify that foregoing Motion to Continue has been electronically sent to Asst. U. S. Atty.  Alisa Ross for the Office of the United States Attorney on this 18th day of June, 2026.

/s/ Jeffrey M. Silverstein

Jeffrey M. Silverstein, Esq.,
Counsel for the Defendant